UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**FILED**
Mar 09, 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN RE: VOLKSWAGEN "CLEAN DIESEL"
MARKETING, SALES PRACTICES, AND
PRODUCTS LIABILITY LITIGATION

MDL No. 2672

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO −25)

On December 8, 2015, the Panel transferred 56 civil action(s) to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* __F.Supp.3d__ (J.P.M.L. 2015). Since that time, 487 additional action(s) have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Breyer.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of December 8, 2015, and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Mar 08, 2016

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby certify that the annexed
instrument is a true and correct copy
of the original on file in my office.
ATTEST:
SUSAN Y. SOONG
Clerk, U.S. District Court
Northern District of California

by: R.C. Aantos
Deputy Clerk
Date: 09 March 2016

IN RE: VOLKSWAGEN "CLEAN DIESEL"
MARKETING, SALES PRACTICES, AND
PRODUCTS LIABILITY LITIGATION       MDL No. 2672

## SCHEDULE CTO−25 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **ALABAMA NORTHERN** | | | |
| ~~ALN~~ | ~~2~~ | ~~16−00280~~ | ~~Marino v. Volkswagen Group of America Inc~~ Opposed 2/29/16 |
| **ALABAMA SOUTHERN** | | | |
| ~~ALS~~ | ~~1~~ | ~~16−00073~~ | ~~Scharwath v. Volkswagen Group of America, Inc.~~ Opposed 2/29/16 |
| **CALIFORNIA CENTRAL** | | | |
| CAC | 2 | 16−01104 | Steven Kadel v. Volkswagen Aktiengesellschaft et al |
| CAC | 2 | 16−01119 | Jose Chavez v. Volkswagen Aktiengesellschaft et al |
| CAC | 2 | 16−01120 | Richard Nahmias v. Volkswagen Aktiengesellschaft et al |
| CAC | 2 | 16−01143 | Anthony H. Zakarian v. Volkswagen Group of America, Inc. et al |
| CAC | 2 | 16−01164 | Rahsaan Bahati v. Volkswagen Group of America, Inc. et al |
| CAC | 2 | 16−01205 | Jessica Lebovits et al v. Volkswagen Group of America, Inc. et al |
| **CALIFORNIA EASTERN** | | | |
| CAE | 2 | 16−00326 | Roberson et al v. Volkswagen Aktiengesellschaft et al |
| **FLORIDA NORTHERN** | | | |
| FLN | 3 | 16−00066 | Shearlock, et al. v. Volkswagen Group of America, Inc., et al. |
| **KANSAS** | | | |
| KS | 5 | 16−04017 | Chaney et al v. Volkswagen of America, INC. et al |
| **NEW YORK SOUTHERN** | | | |
| NYS | 1 | 16−01320 | Chauncey v. Volkswagen Group of America, Inc. |

OHIO NORTHERN

| | | | |
|---|---|---|---|
| OHN | 3 | 16−00380 | Lievens v. Volkswagen Group of America, Inc. et al |

PENNSYLVANIA EASTERN

| | | | |
|---|---|---|---|
| PAE | 2 | 16−00886 | GROGAN v. VOLKSWAGEN GROUP OF AMERICA |
| PAE | 2 | 16−00888 | LUTTER v. VOLKSWAGEN GROUP OF AMERICA |

RHODE ISLAND

| | | | |
|---|---|---|---|
| ~~RI~~ | ~~1~~ | ~~16−00083~~ | ~~Taylor v. Scott Motors, Inc. d/b/a Scott Volkswagen~~ Opposed 3/4/16 |

TEXAS SOUTHERN

| | | | |
|---|---|---|---|
| TXS | 4 | 16−00430 | Tibbetts v. Volkswagen of America Inc et al |

TEXAS WESTERN

| | | | |
|---|---|---|---|
| TXW | 1 | 16−00182 | Resendiz v. Volkswagen Group of America, LLC et al |